MAGISTRATE JUDGE DONOHUE

06-CR-05299-ORD

FILED _____ LODGED
_____ RECEIVED

OCT - 4 2006

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
                                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA, | ) | NO. CR06-5299 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ~~(PROPOSED)~~ ORDER GRANTING MOTION TO CONTINUE TRIAL DATE |
| JENNIFER PORTER, | ) | |
| Defendant. | ) | |

Upon the stipulation of the parties to continue the trial date in the above-captioned case, the Court finds that such a continuance would serve the ends of justice, therefore,

IT IS HEREBY ORDERED that the trial date be continued to October 30, 2006, 9:00 a.m.. The resulting period of delay from October 2, 2006 to October 30, 2006 is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(8)(A) and (B).

DONE this ___4___ day of October, 2006.

_____
THE HONORABLE J. KELLEY ARNOLD
UNITED STATES MAGISTRATE JUDGE

Presented By:

/s/ Jerome Kuh
Attorney for Defendant

/s/ Glen Templeton
Special Assistant United States Attorney

ORDER GRANTING MOTION
TO CONTINUE TRIAL DATE                    1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Ste. 400
Tacoma, Washington 98402
(253) 593-6710